1

 

# CERTIFICATE OF QUALIFICATION

## Circuit Court of Fairfax County, Virginia

Fiduciary Number FI-2014-0000358

I, **John T. Frey**, Clerk of the Circuit Court of Fairfax County, Virginia, the same being a Court of Probate and of Record and having a seal, do hereby certify that it appears of record in my office pursuant to law that:

Joyce Borsetti Gardella

duly qualified in this court as Administrator for the estate of Paul R Gardella Jr a/k/a Paul Richard Gardella Jr, deceased.

A bond in the amount of $335.00 has been posted.

The powers of the fiduciary(ies) named above continue in full force and effect.

**IN TESTIMONY WHEREOF I** have hereunto set my hand, and affixed the seal of said Court hereto, at Fairfax, Virginia this 12th day of March, 2014.

**TESTE: JOHN T. FREY, CLERK**

By: *Archana S. Kaverkar*
Deputy Clerk